# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WINSTON PIRTLE                                               PLAINTIFF

v.                      NO. 4:16CV00138 JLH

A & J COLLISION, INC., d/b/a
A & J COLLISION REPAIR, d/b/a
A & J COLLISION REPAIR, INC.;
and JODY GATCHELL, Individually and
as Officer and Director of A & J
COLLISION, INC.                                        DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel for the defendants that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of July, 2016.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE